**Dismissed and Opinion Filed March 13, 2024**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-23-00842-CV

**BVMG, LLC AND ID HOMES, LLC, Appellants**

**V.**

**RESIDENCES AT RAYZOR RANCH, LLC, K-D PARTNERS, LLC, RANCHITO DALLAS APTS, LLC AND OHM INVESTOR GROUP, LLC, Appellees**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-02280**

## MEMORANDUM OPINION

Before Justices Garcia, Breedlove, and Kennedy
Opinion by Justice Breedlove

Before the Court is the parties March 6, 2023 joint motion to dismiss this appeal. In the motion, the parties state they no longer wish to pursue this appeal. We grant the parties joint motion and dismiss this appeal. *See* TEX. R. APP. P. 42.1(a).

/Maricela Breedlove/

230842f.p05

MARICELA BREEDLOVE
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

BVMG, LLC AND ID HOMES,
LLC, Appellants

No. 05-23-00842-CV      V.

RESIDENCES AT RAYZOR
RANCH, LLC, K-D PARTNERS,
LLC, RANCHITO DALLAS APTS,
LLC AND OHM INVESTOR
GROUP, LLC, Appellees

On Appeal from the 116th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-21-02280.
Opinion delivered by Justice
Breedlove. Justices Garcia and
Kennedy participating.

In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.

Judgment entered this 13th day of March, 2024.